**\*\* E-filed May 17, 2012 \*\***

Dennis D. Strazulo, Esq. (SBN 124695)
Aaron A. Hayes, Esq. (SBN 236122)
STRAZULO FITZGERALD LLP
Three Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 394-9500
Facsimile: (415) 394-9501

Attorneys for Defendants
CAFÉ SPROUT, INC., VINH C. VI
and TU HA HUYNH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| ABEL VILLANUEVA and ALVARO ALVARADO,<br><br>Plaintiffs,<br><br>v.<br><br>CAFÉ SPROUT, INC., VINH C. VI and TU HA HUYNH,<br><br>Defendants. | CASE NO.: CV-12-01121 HRL<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Complaint Filed: March 6, 2012<br>Trial Date: None Assigned |

Pursuant to Local Rule 16-2, Plaintiffs ABEL VILLANUEVA and ALVARO ALVARADO ("Plaintiffs") and Defendants CAFÉ SPROUT, INC., VINH C. VI, and TU HA HUYNH ("Defendants") by and through their Counsel do hereby STIPULATE as follows:

1. Plaintiffs' Complaint in the above-entitled action was filed on or about March 6, 2012, and thereafter served on Defendants on or about May 4, 2012;

2. Defendants' responsive pleading to the Complaint is currently due on May 25, 2012;

3. Given that Defendants' have only recently been served and are in the process of determining the claims raised in the Complaint and appropriate responses thereto, Plaintiffs and Defendants stipulate and agree that the Case Management Conference presently set for June 5, 2012, and all deadlines related thereto, should be continued for a period of 30 days, and request the

Court issue an Order continuing the same.

IT IS SO STIPULATED.

Dated: May 16, 2012

STRAZULO FITZGERALD, LLP

By _____
Dennis D. Strazulo
Aaron A. Hayes
Attorneys for Defendants
CAFÉ SPROUT, INC., VINH C. VI, TU HA HUYNH

Dated: May 14, 2012

DAL BON & MARGAIN, APC

By _____
Tomas E. Margain
Attorneys for Plaintiffs
ABEL VILLANUEVA, ALVARO ALVARADO

[PROPOSED] ORDER

GOOD CAUSE APPEARING, it is SO ORDERED that the Case Management Conference presently set for June 5, 2012, is hereby continued to **July 3**, 2012. All other deadlines related thereto are continued accordingly and shall be calculated based up the date of the continued Case Management Conference.

DATED: May 17, 2012

_____
Hon. Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

STRAZULO FITZGERALD LLP
THREE EMBARCADERO CENTER, EIGHTH FLOOR
SAN FRANCISCO CALIFORNIA 94111
TEL. 415.394.9500  FAX. 415.394.9501